UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | 3:09 CR 00015-2 |
| vs. ) | |
| ) | |
| VALERIE HARRELSON, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER

The Application for Leave of Absence filed by Daniel J. O'Connor, counsel for Defendant <u>Valerie Harrelson</u>, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for February 14, 2020; March 5-6, 2020; March 20, 2020; April 24-25, 2020; April 30-May 1, 2020; and June 11-12, 2020, is GRANTED.

This 10th day of February, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA